

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-24-00280-CV**

**IN RE ATMOS ENERGY CORPORATION**

**Original Proceeding**

**From the 52nd District Court**
**Coryell County, Texas**
**Trial Court No. DC-16-01615**

**MEMORANDUM OPINION**

Atmos Energy Corporation's motion to dismiss its Petition for Writ of Mandamus was considered by the Court. The Court grants the motion.

Accordingly, the Petition for Writ of Mandamus, filed on September 5, 2024, is dismissed.

LEE HARRIS
Justice

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Motion granted
Petition dismissed
Opinion delivered and filed January 30, 2025
[OT06]

